**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN EVANS, | Case No.: 11-CV-5360-LHK |
| Plaintiffs, | |
| v. | ORDER CONTINUING DEADLINE TO COMPLETE COURT SPONSORED MEDIATION |
| ALLIED PROPERTY AND CASUALTY COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 to 25, | |
| Defendants. | |

The Court continues the deadline for the parties to complete Court-sponsored mediation to July 18, 2012.

**IT IS SO ORDERED.**

Dated: July 10, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-5360-LHK
ORDER CONTINUING DEADLINE TO COMPLETE COURT SPONSORED MEDIATION