UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN EVANS, <br><br> Plaintiffs, <br> v. <br><br> ALLIED PROPERTY AND CASUALTY COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 to 25, <br><br> Defendants. | Case No.: 11-CV-5360-LHK <br><br> ORDER CONTINUING DEADLINE TO COMPLETE COURT SPONSORED MEDIATION |

The Court continues the deadline for the parties to complete Court-sponsored mediation to July 18, 2012.

**IT IS SO ORDERED.**

Dated: July 10, 2012

_____
LUCY H. KOH
United States District Judge