UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN EVANS, | Case No.: 11-CV-5360-LHK |
| Plaintiffs, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING STIPULATION OF DISMISSAL |
| ALLIED PROPERTY AND CASUALTY COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 to 25, | |
| Defendants. | |

On July 16, 2012, Plaintiff's attorney filed a notice of settlement, stating that the "action has resolved." Dkt. No. 27. In light of the settlement reached, the Parties request that they be excused from attending the further case management conference currently scheduled for July 18, 2012. Dkt. No. 27.

Accordingly, the Court continues the further case management conference to August 22, 2012, at 2 p.m. By July 20, 2012, the Parties shall file a stipulation of dismissal or a statement of when they will file their stipulation of dismissal. By August 15, 2012, the Parties shall file a joint case management statement pursuant to Civil Local Rule 16-10(d) if they have not yet filed their stipulation of dismissal.

**IT IS SO ORDERED.**

1

Case No.: 11-CV-5360-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING STIPULATION OF DISMISSAL

1  Dated: July 17, 2012

                                       LUCY H. KOH
                                       United States District Judge

2

Case No.: 11-CV-5360-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING STIPULATION OF DISMISSAL