1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN EVANS, ) | Case No.: 11-CV-5360-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE |
| ALLIED PROPERTY AND CASUALTY ) | |
| COMPANY, NATIONWIDE MUTUAL ) | |
| INSURANCE COMPANY, and DOES 1 to 25, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 19, 2012, Parties filed a joint statement of intent to dismiss. Dkt. No. 29. The Parties anticipate filing a stipulation of dismissal no later than August 31, 2012. *Id.* Accordingly, the Court continues the August 22, 2012, case management conference to September 5, 2012, at 2 p.m. All other dates remain as set in the Court's April 11, 2012 case management order. Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: July 20, 2012                              _Lucy H. Koh_
                                                  LUCY H. KOH
                                                  United States District Judge

1
Case No.: 11-CV-5360-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE