UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN EVANS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALLIED PROPERTY AND CASUALTY ) <br> COMPANY, NATIONWIDE MUTUAL ) <br> INSURANCE COMPANY, and DOES 1 to 25, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-5360-LHK <br><br> ORDER CONTINUING CASE <br> MANAGEMENT CONFERENCE |

On July 19, 2012, Parties filed a joint statement of intent to dismiss. Dkt. No. 29. The Parties anticipate filing a stipulation of dismissal no later than August 31, 2012. *Id.* Accordingly, the Court continues the August 22, 2012, case management conference to September 5, 2012, at 2 p.m. All other dates remain as set in the Court's April 11, 2012 case management order. Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: July 20, 2012

　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge