LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
AFRICA E. DAVIDSON (State Bar No. 225680)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY and
ALLIED PROPERTY AND CASUALTY INSURANCE
COMPANY

ROBERT D. PONCE (State Bar No. 108069)
LAW OFFICES OF ROBERT D. PONCE
787 Munras Avenue, Suite 200
Monterey, CA  93940
Telephone:   (831) 649-0515
Facsimile:    (831) 649-3397

Attorneys for Plaintiff
BRIAN EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN EVANS,<br><br>          Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 to 25, inclusive,<br><br>          Defendants. | Case No. CV11-05360 LHK<br><br>Assigned to Honorable Lucy H. Koh<br>280 South 1st Street, San Jose, CA 95113<br>Courtroom 8 – 4th Floor<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: September 7, 2011 |

1    Having reached a confidential settlement agreement, Plaintiff Brian Evans and
2  Defendants Allied Property & Casualty Insurance Company and Nationwide Mutual Insurance
3  Company, acting through their respective counsel of record, hereby stipulate that this action be
4  dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated: ~~July~~ August 22, 2012

ROBERT D. PONCE
THE LAW OFFICES OF ROBERT D. PONCE

By: _____
Robert D. Ponce
Attorney for Plaintiff
Brian Evans

Dated: ~~July~~ Sept 13, 2012

GARY T. LAFAYETTE
AFRICA E. DAVIDSON
LAFAYETTE & KUMAGAI LLP

By: _____
Gary T. Lafayette
Attorney for Defendants
Allied Property & Casualty Insurance Company and
Nationwide Mutual Insurance Company

The clerk shall close the file.

IT IS SO ORDERED.

DATED: September 14, 2012

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE (Case No. CV11-05360)    2

## CERTIFICATE OF SERVICE

  I certify that a copy of this document was served electronically on September 13, 2012, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.


            */s/ Africa E. Davidson*
            AFRICA E. DAVIDSON

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING ACTION WITH PREJUDICE (Case No. CV11-05360)   3